UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 2:08-CR-212-LKK |
| v. | ) | |
| | ) | |
| MIGUEL EDWARDO VASQUEZ, et al | ) | |
| _____ | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum     ( ) Ad Testificandum

Name of Detainee:    Daniel Michael Nebel (DOB: 2/23/79) aka Danny Michael Nebel (DOB: 6/16/78)

Detained at (custodian):    Deuel Vocational Institution (DVI), 23500 Kasson Road, Tracy, CA 95304

Detainee is:    a.)    (x) charged in this district by:    (X) Indictment    () Information    () Complaint
                         charging detainee with: conspiracy to distribute methamphetamine
      or    b.)    () a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    () return to the custody of detaining facility upon termination of proceedings
      or    b.)    (X) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

| | |
|---|---|
| Signature: | /s/ Mary L. Grad |
| Printed Name & Phone No: | Mary L. Grad  916-554-2763 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
    (X) Ad Prosequendum     () Ad Testificandum

     The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, FORTHWITH, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: June 5, 2008.

_____
U.S. MAGISTRATE JUDGE

_____

Please provide the following, if known:
AKA(s) (if applicable):    Danny Michael Nebel (DOB: 6/16/78)      X   Male    __ Female
Booking or CDC #:    CDC # T76874
Facility Address:    Deuel Vocational Institution (DVI)
                   23500 Kasson Road
                   Tracy, California 95304

Facility Phone:
Currently Incarcerated For:    Parole Violation

_____
**RETURN OF SERVICE**

Executed on   _____      By: _____
                                                                (Signature)