UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>MIGUEL EDWARDO VASQUEZ, et al )<br>_____ ) | Case No. 2:08-CR-212-LKK |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
      (X) Ad Prosequendum                     ( ) Ad Testificandum

Name of Detainee:     Daniel Michael Nebel (DOB: 2/23/79) aka Danny Michael Nebel (DOB: 6/16/78)

Detained at (custodian):     Salinas Valley State Prison, 31625 Highway 101, Soledad, CA 93960

Detainee is:
- a.) (x) charged in this district by: (X) Indictment ( ) Information ( ) Complaint
  charging detainee with: conspiracy to distribute methamphetamine
- or b.) ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:
- a.) ( ) return to the custody of detaining facility upon termination of proceedings
- or b.) (X) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

Signature: /s/ Mary L. Grad
Printed Name & Phone No: Mary L. Grad  916-554-2763
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
(X) Ad Prosequendum                     ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, FORTHWITH, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: July 1, 2008.

*[signature]*

EDMUND F. BRENNAN
United States Magistrate Judge

___

Please provide the following, if known:
AKA(s) (if applicable):   Danny Michael Nebel (DOB: 6/16/78)     X Male   __ Female
Booking or CDC #:   CDC # T76874
Facility Address:   Salinas Valley State Prison
                   31625 Highway 101
                   Soledad, California 93960

Facility Phone:
Currently Incarcerated For:   Parole Violation

___

### RETURN OF SERVICE

Executed on _____ By: _____
                                                                 (Signature)