```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  DOUGLAS J. BEEVERS, U.S.V.I. #766
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  DANIEL NEBEL

 7

 8                 IN THE UNITED STATES DISTRICT COURT

 9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,     )  No. CR-S-08-0212 LKK
                                  )
12              Plaintiff,        )  STIPULATION AND ORDER TO ALLOW
                                  )  DEFENSE COUNSEL ACCESS TO PRESENTENCE
13        v.                      )  INVESTIGATION REPORT
                                  )
14  DANIEL NEBEL,                 )  Judge:  Hon. Lawrence K. Karlton
                                  )
15              Defendant.        )
                                  )
16  _____)
```

17

18    IT IS HEREBY STIPULATED between the parties, MARY GRAD, Assistant

19 United States Attorney, and DOUGLAS BEEVERS, Assistant Federal Defender,

20 attorney for defendant DANIEL NEBEL, that the Presentence Investigation

21 Report be released to defense counsel. Defense counsel was appointed by

22 this Court to answer the questions defendant has regarding sentencing and

23 jail credits. The report is needed for review by defense counsel to

24 address the questions and concerns of the defendant.

25 ///

| | |
|---|---|
| Dated:   October 13, 2010 | Respectfully submitted, |
| | DANIEL J. BRODERICK<br>Federal Defender |
| | /s/ *DOUGLAS BEEVERS*<br>DOUGLAS BEEVERS<br>Assistant Federal Defender<br>Attorney for Defendant<br>DANIEL NEBEL |
| | BENJAMIN B. WAGNER<br>United States Attorney |
| | /s/ *Mary Grad*<br>MARY GRAD<br>Assistant United States Attorney |

**ORDER**

Based upon the stipulation of counsel set forth above, the Court adopts the stipulation.

**IT IS SO ORDERED**.

Dated: October 18, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stip/Order: Release PSR                      -2-