UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
September 24, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br>v.<br><br>DANIEL MICHAEL NEBEL,<br><br>         Defendant. | Case No. 2:08CR00212-TLN<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  DANIEL MICHAEL NEBEL , Case No. 2:08CR00212-TLN  , Charge  SUPERVISE RELEASE VIOLATION  , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $__

        __ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

        ✔ (Other)   As stated on the record.

The defendant shall be released on 9/25/2015 to the probation officer.

Issued at  Sacramento, CA  on  September 24, 2015  at  2:20 pm  .

                                        By   /s/ Allison Claire/s/ Allison Claire
                                                Allison Claire
                                                United States Magistrate Judge

Copy 2 - Court