|   |   |   |
|---|---|---|
| | IN THE UNITED STATES DISTRICT COURT | |
| | FOR THE EASTERN DISTRICT OF CALIFORNIA | |
| UNITED STATES OF AMERICA, | ) | No. 2:08-CR-212-09-TLN |
| Plaintiff, | ) ) ) | ORDER RE APPLICATION FOR WRIT OF HABEAS CORPUS |
| v. | ) ) | |
| DANIEL NEBEL, | ) ) | |
| Defendant. | ) ) | |

**ORDER**

The application for writ of habeas corpus prosequendum is hereby GRANTED. The clerk is directed to issue the attached writ and deliver it to the U.S. Marshal for service.

**IT IS SO ORDERED.**

Dated: February 16, 2019

_____
Troy L. Nunley
United States District Judge

-4-