J TONEY
State Bar No. 43143
Attorney at Law

P.O. Box 1515
Woodland, CA  95695
530 666 1908
yoloconflict@aol.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DANIEL NEBEL,<br><br>　　　　　　Defendant. | Cr. No.  S- 08-212 TLN<br><br>STIPULATION AND ORDER<br>FOR CONTINUANCE<br>　(May 9, 2019 at 9:30 AM before Judge Nunley) |

　At the request of the Defendant, the parties agree and stipulate this case should be continued to May 9, 2019, at 9:30 a.m., to allow preparation of the Defendant's position on this case, and the parties request the Court so order.

Dated April 1, 2019

　　　　　　　　　　　　　　　/s/ SHELLEY WEGER
　　　　　　　　　　　　Shelley Weger, Assistant U.S. Attorney

　　　　　　　　　　　　　　　　/s/J TONEY

　　　　　　　　　　　　　J Toney, Attorney for Defendant

IT SO ORDERED.

 Dated April 2, 2019

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1