J TONEY
State Bar No. 43143
Attorney at Law

P.O. Box 1515
Woodland, CA 95695
530 666 1908
yoloconflict@aol.com

Attorney for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>DANIEL NEBEL,<br><br>        Defendant. | No. 2:08-cr-212 TLN<br><br>STIPULATION AND ORDER<br>FOR CONTINUANCE<br>(June 13, 2019 at 9:30 AM before Judge Nunley) |

   At the request of the Defendant, the parties agree and stipulate this case should be continued to June 13, 2019, at 9:30 a.m., to allow preparation of the Defendant's position on this case, and the parties request the Court so order.

Dated June 4, 2019

/s/ SHELLEY WEGER
Shelley Weger, Assistant U.S. Attorney

/s/J TONEY

J Toney, Attorney for Defendant

IT SO ORDERED.

 Dated: June 4, 2019

Troy L. Nunley
United States District Judge

1