J TONEY
State Bar No. 43143
Attorney at Law

P.O. Box 1515
Woodland, CA 95695
530 666 1908
yoloconflict@aol.com

Attorney for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DANIEL NEBEL,<br><br>　　　　　　Defendant. | Cr. No. S- 08-212 TLN<br><br>STIPULATION AND ORDER<br>FOR CONTINUANCE<br>(July 11, 2019 at 9:30 AM before Judge Nunley) |

At the request of the Defendant, the parties agree and stipulate this case should be continued to July 11, 2019 to allow preparation of the Defendant's position on this case, and the parties request the Court so order. This further continuance is needed because documents requested from the California Department of Corrections still have not been received.

Dated June 11, 2019

　　　　　　　　　　　　　　/s/ SHELLEY WEGER
　　　　　　　　　　　　Shelley Weger, Assistant U.S. Attorney

　　　　　　　　　　　　　　　/s/J TONEY

　　　　　　　　　　　　J Toney, Attorney for Defendant

IT SO ORDERED.

Dated: June 11, 2019

　　　　　　　　　　　　　　　　　　　　　[signature]
　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　United States District Judge

1