J TONEY
State Bar No. 43143
Attorney at Law

P.O. Box 1515
Woodland, CA  95695
530 666 1908
yoloconflict@aol.com

Attorney for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:08-CR-212 TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER FOR CONTINUANCE |
| v. | (September, 19, 2019 at 9:30 AM before Judge Nunley) |
| DANIEL NEBEL, | |
| Defendant. | |

At the request of the Defendant, the parties agree and stipulate this case should be continued to September 19, 2019 to allow preparation of the Defendant's position on this case, and the parties request the Court so order. This further continuance is needed because documents requested from the California Department of Corrections require additional time to augment.

Dated July 17, 2019          /s/ SHELLEY WEGER
                              Shelley Weger, Assistant U.S. Attorney

                              /s/J TONEY
                              J. Toney, Attorney for Defendant

     IT SO ORDERED.

Dated: July 18, 2019

_____
Troy L. Nunley
United States District Judge

1